■ In the Matter of Debra A. Gacek, Petitioner, v New York State Division of Human Rights et al., Respondents. [986 NYS2d 373]—Proceeding pursuant to CPLR article 78 (transferred to

the Appellate Division of the Supreme Court in the Fourth Judicial Department by an order of the Supreme Court, Erie County [Christopher J. Burns, J.], entered Oct. 17, 2013) to review a determination of respondent New York State Division of Human Rights. The determination adjudged that respondent Erie County Sheriff's Office did not engage in unlawful discriminatory practice against petitioner.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Centra, Carni, Sconiers and Whalen, JJ.